UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-80024-Middlebrooks/Matthewman

18 U.S.C. § 3146(a)(1)
18 U.S.C. § 401(3)
18 U.S.C. § 1361

FILED BY _____ D.C.

FEB 13 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES OF AMERICA

vs.

JOHN PINEDA DUVERGE,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Failure to Appear
### (18 U.S.C. § 3146(a)(1))

On or about June 30, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**JOHN PINEDA DUVERGE,**

having previously been convicted in the case of *United States v. John Pineda Duverge*, 20-20040-CR-ROSENBERG, for a violation of Title 18, United States Code, Section 1028A(a)(1), that is, aggravated identity theft, an offense punishable by a mandatory term of imprisonment of two years, and having been released by the United States District Court for the Southern District of Florida, pursuant to Chapter 207 of Title 18, United States Code, did knowingly fail to appear for his sentencing hearing before the Court, as required by the conditions of his release, in violation of Title 18, United States Code, Section 3146(a)(1) and (b)(1)(A)(iii).

## COUNT 2
## Contempt of Court
## (18 U.S.C. § 401(3))

On or about June 30, 2022, in Broward County, in the Southern District of Florida, the defendant,

**JOHN PINEDA DUVERGE,**

did knowingly and willfully, and in disobedience and resistance to a lawful order and command of the United States District Court for the Southern District of Florida, given in Miami, Florida, on or about February 22, 2021, in the case of *United States v. John Pineda Duverge*, Case No. 20-20040-CR-ROSENBERG, violate conditions of his bond as ordered by the Court, in that the defendant failed to comply with the location monitoring program, a special condition of bond, in violation of Title 18, United States Code, Section 401(3).

## COUNT 3
## Destruction of Government Property
## (18 U.S.C. § 1361)

On or about June 30, 2022, in Broward County, in the Southern District of Florida, the defendant,

**JOHN PINEDA DUVERGE,**

did willfully injure and commit a depredation against property of the United States and of any department and agency thereof, that is, electronic monitoring equipment, causing damage

exceeding the sum of $1,000, in violation of Title 18, United States Code, Section 1361.

A TRUE BILL

FOREPERSON

_____
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

_____
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-CR-80024-Middlebrooks/Matthewman

v.

JUAN PINEDA DUVERGE

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☑ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I   ☑ 0 to 5 days                   ☐ Petty
   II  ☐ 6 to 10 days                  ☐ Minor
   III ☐ 11 to 20 days                 ☐ Misdemeanor
   IV  ☐ 21 to 60 days                 ☑ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge Robin L. Rosenberg   Case No. 20-20040-CR-ROSENBERG
9. Defendant(s) in federal custody as of December 3, 2024
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? Yes

By: /s/ Alexandra Chase
ALEXANDRA CHASE
Assistant United States Attorney
SDFL Court ID No. A5501746

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 25-CR-80024-Middlebrooks/Matthewman

### BOND RECOMMENDATION

DEFENDANT: JOHN PINEDA DUVERGE

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Alexandra Chase

Last Known Address: Palm Beach County Jail

What Facility: _____

Agent(s): Juan Lora, USPO
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JUAN PINEDA DUVERGE

**Case No**: 25-CR-80024-Middlebrooks/Matthewman

Count #: 1

Failure to Appear

18 U.S.C. § 3146(a)(1) and (b)(1)(A)(iii)
* **Max. Term of Imprisonment**: Two years
* **Mandatory Min. Term of Imprisonment (if applicable)**: N/A
* **Max. Supervised Release**: One year
* **Max. Fine**: $250,000

Count #: 2

Contempt of Court

18 U.S.C. § 401(3)
* **Max. Term of Imprisonment**: Life
* **Mandatory Min. Term of Imprisonment (if applicable)**: N/A
* **Max. Supervised Release**: Five years
* **Max. Fine**: $250,000

Count #: 3

Destruction of Government Property

18 U.S.C. § 1361
* **Max. Term of Imprisonment**: Ten years
* **Mandatory Min. Term of Imprisonment (if applicable)**: N/A
* **Max. Supervised Release**: Three years
* **Max. Fine**: $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.